# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-17-00784-CV

---

**Thomas Florence, Appellant**

**v.**

**Ken Paxton, Attorney General of the State of Texas, Appellee**

---

## FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-GN-17-000897, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant Thomas Florence has filed a notice of appeal from a judgment signed September 20, 2017. Appellant, however, previously was designated a vexatious litigant by orders signed by the Wichita County District Court on September 1, 2017, and September 7, 2017. *See* Order Declaring Plaintiff Vexatious, *Florence v. Warden Franco*, No. 186,279-B (Wichita Cty. Dist. Ct. Sept. 7, 2017); Order Declaring Plaintiff Vexatious, *Florence v. Cox*, No. 185,691-A (Wichita Cty. Dist. Ct. Sept. 1, 2017); *see also* Tex. Civ. Prac. & Rem. Code § 11.101(e) ("A prefiling order entered under Subsection (a) by a district or statutory county court applies to each court in this state.").

A vexatious litigant must comply with the procedures set forth in Chapter 11 of the Texas Civil Practice and Remedies Code as a prerequisite to filing "new litigation," including obtaining permission from the appropriate local administrative judge to file an appeal. *See* Tex.

Civ. Prac. & Rem. Code §§ 11.001(2) ("Litigation" means a civil action commenced, maintained, or pending in any state or federal court."), .102 (generally prohibiting vexatious litigant from filing "new litigation" without permission from local administrative judge), .103 (generally prohibiting clerk of court from filing "litigation, original proceeding, appeal, or other claim presented, pro se, by a vexatious litigant subject to a prefiling order under Section 11.101 unless the litigant obtains an order from the appropriate local administrative judge described by Section 11.102(a) permitting the filing"); *Johnson v. Hughey*, No. 06-12-00079-CV, 2012 WL 4761546, at \*1 (Tex. App.—Texarkana Oct. 5, 2012, no pet.) (mem. op.). The appropriate local administrative judge with respect to the filing of this appeal is:

The Honorable Lora Livingston
261st District Court
Travis County Courthouse
P. O. Box 1748
Austin, Texas 78767.

Accordingly, this appeal is immediately stayed. This Court orders appellant within thirty days of the date of this order to demonstrate to this Court that he has obtained permission from the local administrative judge to file this appeal. If he fails to comply with this order within 30 days of the date of this order, this Court will dismiss the appeal for want of jurisdiction.

It is ordered on February 2, 2018.

Before Justices Puryear, Pemberton, and Bourland